### 22659. BROSNAN v. UNDERCOFLER, State Revenue Commissioner.

MOBLEY, Justice. *Code Ann.* § 2-3704 confers jurisdiction upon this court "in all cases in which the constitutionality of any law of the State of Georgia . . . is drawn in question." The question presented in this case is whether or not certain rules of the State Revenue Commissioner promulgated under authority of *Code Ann.* § 58-1022 (h) to control distilled spirits and alcohol are unconstitutional. Such rules are not laws of the State of Georgia within the meaning of *Code Ann.* § 2-3704 so as to give this court jurisdiction to determine their constitutionality, *Maner v. Dykes,* 183 Ga. 118 (187 SE 699); *Carter v. Bishop,* 209 Ga. 146 (71 SE2d 216); *Dade County v. State of Ga.,* 203 Ga. 280 (46 SE2d 345); *Atlanta-Asheville Motor Express v. Superior Garment Mfg. Co.,* 206 Ga. 882

(59 SE2d 382), and there being no other question involved giving this court jurisdiction, the Court of Appeals, not this court, has jurisdiction of this case.

*Transferred to the Court of Appeals. All the Justices concur.*
ARGUED SEPTEMBER 16, 1964—DECIDED SEPTEMBER 21, 1964.

*Smith, Gardner, Kelley & Wiggins,* for plaintiff in error.
*John A. Blackmon, William L. Harper, Assistant Attorneys General,* contra.

*Transferred to the Court of Appeals. All the Justices concur.*
ARGUED SEPTEMBER 16, 1964—DECIDED SEPTEMBER 21, 1964.